*#10116  #128539*


FILED
2010 JUN -2 PM 3:07
CLERK, U.S.
BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: MOWKA, BRENDA S        Case No. 08-36949

Judge RICHARD L SPEER

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Chase Bank USA, NA | PO Box 740933<br>Dallas, TX 75374 | $4.09 |

Check for $4.09 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Patti Baumgartner-Novak_
Patti Baumgartner-Novak, Trustee

Dated: 5/28/10

cc:
Office of the U.S. Trustee